FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOPHER MEDIA LLC, a Nevada Limited Liability Corporation formerly known as Local Clicks doing business as Doctor Multimedia and AJAY THAKORE, an individual,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>ANDREW MELONE, an individual and AMERICAN PIZZA MANUFACTURING, a California business entity also known as American Pizza Mfg.,<br><br>Defendants - Appellees. | No. 24-2626<br><br>D.C. No. 3:21-cv-01909-RBM-VET<br>Southern District of California, San Diego<br><br>**ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 40(c) and Circuit Rule 40-3.