**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

MAR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOPHER MEDIA LLC, a Nevada Limited Liability Corporation formerly known as Local Clicks doing business as Doctor Multimedia and AJAY THAKORE, an individual,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>ANDREW MELONE, an individual and AMERICAN PIZZA MANUFACTURING, a California business entity also known as American Pizza Mfg.,<br><br>        Defendants - Appellees. | No. 24-2626<br><br>D.C. No. 3:21-cv-01909-RBM-VET Southern District of California, San Diego<br><br>ORDER |

The amicus brief submitted by First Amendment Coalition and Yelp Inc. is filed.

Within 7 days of this order, amici must file 18 copies of the brief in paper format bound with green front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT