**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAY 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GOPHER MEDIA LLC, a Nevada Limited Liability Corporation formerly known as Local Clicks doing business as Doctor Multimedia and AJAY THAKORE, an individual,<br><br>　　　　Plaintiffs - Appellants,<br><br> v.<br><br>ANDREW MELONE, an individual and AMERICAN PIZZA MANUFACTURING, a California business entity also known as American Pizza Mfg.,<br><br>　　　　Defendants - Appellees. | No. 24-2626<br><br>D.C. No.<br>3:21-cv-01909-RBM-VET<br>Southern District of California,<br>San Diego<br><br>**ORDER** |

**MURGUIA**, Chief Judge.

 Oral argument in this en banc case will be held at 10:00 a.m. on Tuesday, June 24, 2025, in Courtroom One (Eighth Floor) of the William K. Nakamura Courthouse, located at 1010 Fifth Avenue in Seattle, Washington 98104.